**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Borgens, | No. CV-21-08153-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Hematology Oncology Associates of New Jersey LLC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Amber Borgens' Unopposed Motion for Leave to File First Amended Complaint. (Doc. 17). Plaintiff seeks to add Leena Hamdan—the spouse of Defendant Dr. Hamdy A. Mohtaseb—for community property purposes. (*Id.* at 1). The Court will grant the motion.

A court considering a motion for leave to file an amended complaint "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This policy is "to be applied with extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Inferences should be drawn "in favor of granting the motion" to amend. *Griggs v. Pace American Group, Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

Here, Plaintiff has explained that her delay in adding the additional party was because she discovered the identity of Dr. Mohtaseb's spouse only after discovery began. (Doc. 17 at 2). Because of this, Plaintiff's proposed amendment is in good faith. It also appears that Plaintiff did not delay in seeking to amend. Finally, given that her motion is unopposed, it appears that granting leave to amend will not prejudice Defendants.

Finding her motion unopposed and given the liberal standards permitting amendment, the Court will grant her motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. 17) is **granted**. Plaintiff shall file a clean copy of their First Amended Complaint within 14 days of this Order. If Plaintiff fails to file within this deadline, the original complaint will remain the operative pleading and the leave to amend granted herein will be deemed to have expired.

Dated this 23rd day of November, 2021.

James A. Teilborg
Senior United States District Judge